UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY E. HERRERA,                 :

    Plaintiff                              :     CIVIL ACTION NO. 3:22-1530

v.                                              :            (JUDGE MANNION)

PA BOARD OF PROBATION,   :
AND PAROLE, et al.,
                                           :

    Defendants

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions for reconsideration (Docs. 15, 17) are **DENIED**.

2. Plaintiff's motion for appointment of counsel (Doc. 19) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: December 13, 2022
22-1530-02-ORDER