UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY E. HERRERA, :

    Plaintiff : CIVIL ACTION NO. 3:22-1530

v. : (JUDGE MANNION)

PA BOARD OF PROBATION, :
AND PAROLE, et al.,
 :
    Defendants

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for relief from judgment, filed pursuant to Fed.R.Civ.P. 60, (Doc. 24) is **DENIED**.

*MALACHY E. MANNION*
United States District Judge

Dated: January 12, 2023
22-1530-03-ORDER